150 A.3d 819

**AUSTIN, Ronald D.**

v.

**STATE of Maryland**

**Pet. Docket No. 434, Sept. Term, 2016**

Court of Appeals of Maryland.

December 15, 2016

Opinion of the Court of Special Appeals unreported (No. 646, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

150 A.3d 819

**BAKER, Melvin**

v.

**STATE of Maryland**

**Pet. Docket No. 406, Sept. Term, 2016**

Court of Appeals of Maryland.

December 15, 2016

Opinion of the Court of Special Appeals unreported (No. 2713, Sept. Term, 2013).

Petition for writ of certiorari denied.